# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 717 MAL 2014
                                         :

                   Respondent    :

                                           : Petition for Allowance of Appeal from the
                                         : Order of the Superior Court

                   v.                     :

                                           :

JAMES ANTHONY BAKER, SR.,        :

                   Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.